## THE STATE V. JOHNS.

CRIMINAL LAW: APPEAL: RECORD EXAMINED: JUDGMENT AFFIRMED.

*Appeal from Hardin District Court.*

WEDNESDAY, DECEMBER 8, 1886.

THE defendant was convicted of an assault, and he appeals.

No appearance for appellant.

*A. J. Baker, Attorney-general*, for the State.

ROTHROCK, J.—This appeal is presented to us upon a transcript without abstract or argument. The transcript does not contain the evidence in the

case. The conviction was had in the district court some two years ago. As there is nothing in the record disclosing any error in any of the rulings of the district court, the judgment will be

AFFIRMED.